

# Fourth Court of Appeals
## San Antonio, Texas

September 16, 2014

No. 04-14-00108-CV

**IN THE INTEREST OF N.I.V.S. AND M.C.V.S.,**

From the 57th Judicial District Court, Bexar County, Texas
Trial Court No. 2013-CI-20008
Honorable Janet P. Littlejohn, Judge Presiding

## O R D E R

Appellee's opposed motion for extension of time to file brief is hereby GRANTED. Appellee's brief is due on or before October 10, 2014.

_Marialyn Barnard_
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 16th day of September, 2014.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court